

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

AUG 2 9 2019

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. Smithkey auto industries, Inc., DBA Red Auto Protection CarGuard Administration, Inc., Elijah Norton, Trevor Smith, Nation Motor Club, LLC Does 1-5 **Defendant** | § § § § § § § § § § | 4:19-cv-00541 |

**Plaintiff's Notice of Settlement**

1. To the Honorable US District Court:

2. The parties in this case have reached a tenative settlement and hereby request a stay of all deadlines in the case for 30 days to sign papers and comsummate the settlement.

*Craig Cunningham*
Plaintiff,  8/29/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| **CRAIG CUNNINGHAM,** **Plaintiff,** v. Smithkey auto industries, Inc., DBA Red Auto Protection CarGuard Administration, Inc., Elijah Norton, Trevor Smith, Nation Motor Club, LLC  Does 1-5  **Defendant** | § § § § § § § § § §   4:19-cv-00541 |

## Plaintiff's Certificate of Service

3. I hereby certify a true copy of the foregoing was mailed and emailed to the attorney of record for the defendants in this case.

*Craig Cunningham*
Plaintiff,                8/29/2019

Craig Cunningham, Plaintiff, Pro-se 3000 Custer Road, ste 270-206, Plano, Tx 75075