UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Smithkey auto industries, Inc., DBA Red Auto Protection CarGuard Administration, Inc., Elijah Norton, Trevor Smith, Nation Motor Club, LLC<br><br>Does 1-5<br><br>**Defendant** | § § § § § § § § § § § 4:2019cv00541<br><br>|

**Plaintiff's Motion to Dismiss**

1. To the Honorable US District Court:

2. The parties hereby move the court to dismiss the case with prejudice against all defendants with each party bearing their own costs.

3. The parties have resolved the controversy between them.

*Craig Cunningham*
Plaintiff,

5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977 10/1/2019

UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| CRAIG CUNNINGHAM,<br>Plaintiff,<br><br>v.<br><br>Smithkey auto industries, Inc., DBA Red Auto Protection CarGuard Administration, Inc., Elijah Norton, Trevor Smith, Nation Motor Club, LLC<br><br>Does 1-5<br><br>**Defendant** | §<br>§<br>§<br>§<br>§ 4:2019cv00541<br>§<br>§<br>§<br>§<br>§<br>§ |

## Plaintiff's Certificate of Service

I hereby certify a true copy of the foregoing was mailed to the attorney of record in this case.

*Craig Cunningham*
Plaintiff,

5543 Edmondson Pike, ste 248 Nashville, TN 37211, 615-348-1977 10/1/2019