# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| CRAIG CUNNINGHAM § | |
| § | Civil Action No. 4:19-CV-541 |
| v. § | (Judge Jordan/Judge Nowak) |
| § | |
| SMITHKEY AUTO INDUSTRIES, LLC § | |
| D/B/A RED AUTO PROTECTION, ET AL. § | |

## ORDER OF DISMISSAL WITH PREJUDICE

Came on for consideration Plaintiff Craig Cunningham's Motion to Dismiss (Dkt. #20), wherein Plaintiff advises that "[t]he parties have resolved the controversy between them" and moves to dismiss Plaintiff's case, and all claims alleged against Defendants, with prejudice (Dkt. #20 at 1, ¶¶ 2-3). The Court, having considered the Plaintiff's Motion to Dismiss, and all other relevant filings, determines that the Motion should be **GRANTED**. It is therefore

**ORDERED, ADJUDGED, AND DECREED** that all claims Plaintiff asserted, or could have asserted, against Defendants in this lawsuit are hereby **DISMISSED WITH PREJUDICE**. It is further,

**ORDERED, ADJUDGED, AND DECREED** that each Party shall bear his or her own costs and attorney fees.

All relief not previously granted is hereby **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**So ORDERED and SIGNED this 4th day of October, 2019.**

_____
SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE